Shelton C. Jones, 11 B 0687
Orleans Correctional Facility
3531 Gaines Basin Road
Albion, New York 14411-9199

U.S. DISTRICT COURT
Southern District of New York
*Pro Se* Office
500 Pearl Street
New York, N.Y. 10007

13-cv-929 (ALC)



2/4/2015

Dear *Pro Se* Office:

As ordered by Judge Freeman, on January 16, 2015, at a telephone conference held at 11:00 a.m., below is the amount of copies and postage for Plaintiff's two motions for sanctions:

**COPIES**

The first motion of sanctions was two pages (2), the affidavit was two pages (2) with a exhibit that was one page (1), and the memorandum of law was twelve pages (12) with Exhibits A two pages (7), Exhibit B fifteen pages (15), Exhibit C forty two pages (42), Exhibit D five pages (5), Exhibit E three pages (3).
The total price of copies is $25.70.

The second motion for sanctions was two pages (2), the affidavit was four pages (4), and the memorandum of law was eighteen pages (18) with Exhibit A two pages (7), Exhibit B fifteen pages (15), Exhibit C forty-two pages (42), Exhibit D one page (1) Exhibit E one page (1), Exhibit F one page (1), Exhibit G two pages (2), Exhibit H one page (1) Exhibit I sixteen pages (16), Exhibit k three pages (3), Exhibit L two pages (2), Exhibit m one page (1), Exhibit n two pages (2), Exhibit o one page (1).
The total price of copies is $34.70.

The total amount for copies for the two motions is $60.44.

**MAILING**

The Department of Corrections covers inmate's legal mail $2.50 per week. I am unable to come up with the exact dollar amount it cost to send the motions. It was approximately $5.50 to send each of the first motion for sanctions out which cost Plaintiff $8.50.

Same applies for the second motion, but this motion was a little bit heavier it was approximately $6.00 to send each motion out totaling the cost to $9.50.

The total sum of the copies and mailing comes to $78.44. This is the total owed by the Defendants.

I would like to thank you for your time and attention in this matter and hope to hear from your office soon.

cc. The City of New York
    LAW DEPARTMENT
    100 Church Street
    New York, N.Y. 10007

                        Very truly yours,
                        Shelton C. Jones, 11 B 0687
                        Orleans Correctional Facility

**ORLEANS CORRECTIONAL FACILITY**
3531 Gaines Basin Road
Albion, New York 14411-9199

NAME: Shelton Jones DIN: 11B0687

U.S. DISTRICT COURT
Southern District of New York
*Pro Se* Office
500 Pearl Street
New York, N.Y. 10007

10007$1330 C014

RECEIVED
SDNY PRO SE OFFICE
2015 FEB 11 A 11:50