UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

3-2-15

SHELTON C. JONES,                                   :
                                                    :
                          Plaintiff,                :
                                                    :        13 Civ. 929 (ALC)(DCF)
            -against-                               :
                                                    :        **ORDER OVERRULING**
                                                    :        **OBJECTION**
CITY OF NEW YORK, et al.,                           :
                                                    :
                                                    :
                          Defendants,               :
------------------------------------------------------------- X

**ANDREW L. CARTER, JR., District Judge:**

On January 21, 2015, Magistrate Judge Debra C. Freeman issued an order granting in

part and denying in part the motions for discovery-related sanctions filed by *pro se* Plaintiff

Shelton C. Jones on July 28, 2014[1] and October 29, 2014[2], respectively. (EFC No. 75.) Plaintiff

timely objected under Fed. R. Civ. P. 72(a). (ECF No. 82.) According to Rule 72(a), when a

magistrate judge rules on a "pretrial matter not dispositive of a party's claim or defense .... the

district judge in the case must consider timely objections and modify or set aside any part of the

order that is clearly erroneous or is contrary to law." *Id.* "Matters concerning discovery

generally are considered 'nondispositive' of the litigation." *Thomas E. Hoar, Inc. v. Sara Lee

Corp.*, 900 F.2d 522, 525 (2d Cir. 1990). Moreover, the prayed-for relief in this instance is not

of the kind that is "case-dispositive," which would trigger *de novo* review. *Id.* The Court finds

that Magistrate Judge Freeman's opinion is not clearly erroneous or contrary to law, and for the

reasons stated in that opinion, Plaintiff's objection is overruled.

---

[1] ECF No. 51.
[2] ECF No. 62.

**SO ORDERED.**

Dated:     New York, New York
             March 2, 2015

                                   **ANDREW L. CARTER, JR.**
                                   **United States District Judge**