| | | |
|---|---|---|
| TO: | Judge Andrew L. Carter Jr.<br>THE UNITED STATES DISTRICT JUDGE | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED |
| FROM: | Shelton C. Jones<br>PLAINTIFF | DOC#: _____<br>DATE FILED: 8-24-16 |
| SUBJECT: | Shelton C. Jones v. Adam Kreitzberg  (13cv929) | |
| DATE: | June 8, 2016 | |
| RE: | **REQUESTING TIME TO FILE RESPONSES** | |

Dear Judge Carter,

I have been recently released from prison as of August 5, 2015. Since I've been home, I have been unable to secure a stable residence. I was first released to the shelter system, four in total, along with two rental room residences.

I have been up to date with all previous deadlines, but due to the circumstances after my release and residence instability, I have been unable to comply with the court orders.

I am both requesting and praying that this court grant me the opportunity to reply any and all motion orders that I have missed.

I truly apologize for any inconvenience that I may have caused this court, and do hope this court allows me to continue my suit.

Thank you for your time and attention in this matter and I hope to hear from the court soon.

CC: Omar J. Siddiqi



RECEIVED
JUN 15 2016
ANDREW L. CARTER, JR.
U.S. DISTRICT JUDGE
S.D.N.Y.

Shelton C. Jones
1638 Parker Street, Apt 3
Bronx, NY 10462