USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHELTON C. JONES,

        Plaintiff,

-against-

CITY OF NEW YORK, POLICE OFFICER
ADAM KREITZBERG, and POLICE OFFICER
ALEXANDER SANTIAGO,

        Defendants.

13cv0929 (ALC) (DF)

**ORDER**

---

**DEBRA FREEMAN, United States Magistrate Judge:**

    This case has been referred to this Court by the Honorable Andrew L. Carter, U.S.D.J., for general pretrial supervision. (Dkt. 111.) By letter dated August 24, 2016, plaintiff Shelton C. Jones ("Plaintiff") informs the Court that he was released from prison on August 5, 2015, and that he has been unable to secure a stable residence since that time. For that reason, Plaintiff requests that he be given an opportunity to respond to or comply with any orders that were entered in this case since the date of his release.

    The only Order issued in this case since Plaintiff's release from prison was Judge Carter's March 31, 2016 Opinion and Order on Defendants' motion to dismiss (Dkt. 108), a copy of which this Court is mailing to Plaintiff, together with a copy of this Order. In his March 31 Opinion and Order, Judge Carter dismissed with prejudice Plaintiff's state claim for malicious prosecution and his state and federal claims for false arrest and false imprisonment; dismissed without prejudice Plaintiff's federal conspiracy claim and his *Monell* claim against the City of New York, giving Plaintiff 30 days to replead those claims; and denied Defendants' motion to dismiss as to all of Plaintiff's other claims. (*Id.*)

In light of the representations contained in Plaintiff's August 24, 2016 letter, this Court finds that Plaintiff should be afforded another opportunity to replead his *Monell* and federal conspiracy claims. Thus, if Plaintiff wishes to replead those claims, he should file an Amended Complaint that complies with the standards set forth in Judge Carter's March 31 Opinion and Order, no later than October 11, 2016. Plaintiff should note that his Amended Complaint will completely replace, not supplement, his original Complaint, and therefore any amended pleading that he files should include all allegations necessary for that pleading to stand alone.

As Plaintiff is proceeding in this action *pro se*, any submissions he makes to the Court should be mailed or otherwise delivered to the Court's *Pro Se* Office. Further, if Plaintiff needs assistance in understanding any of the procedural rules of this Court, or any aspect of either this Order or Judge Carter's March 31 Opinion and Order, Plaintiff is encouraged to contact the Court's *Pro Se* Office. The telephone number for the *Pro Se* Office is (212) 805-0175

Dated: New York, New York
September 9, 2016

SO ORDERED

_____
DEBRA FREEMAN
United States Magistrate Judge

Copies to:

Mr. Shelton C. Jones
1638 Parker Street, Apt. 3
Bronx, NY 10462

Defendants' counsel (via ECF)

2