UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

SHELTON JONES,

                                                      Plaintiff,

-against-

CITY OF NEW YORK; Police Officer ADAM
KREITZBERG, Shield No. 26963; Police Officer
ALEXANDER SANTIAGO Shield No. 29616,

                                                 Defendants.
-------------------------------------------------------------------------- x

**STIPULATION AND
ORDER OF DISMISSAL**

13 Civ. 929 (ALC) (DCF)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

    1.      The above-referenced action is hereby dismissed with prejudice; and

2.      Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
        FEB 1                , 2017

GABRIEL HARVIS                          ZACHARY W. CARTER
*Attorney for Plaintiff*                Corporation Counsel of the
305 Broadway 14th Floor                     City of New York
New York, New York 10007                *Attorney for Defendants City of New York,*
                                            *Santiago, and Kreitzberg*
                                        100 Church Street, 3rd Floor
                                        New York, New York 10007

By: _____          By: _____
    Gabriel Harvis                      Omar J. Siddiqi
    *Attorney for Plaintiff*            *Assistant Corporation Counsel*

                                        SO ORDERED:


                                        _____
                                        HON. ANDREW L. CARTER
                                        UNITED STATES DISTRICT JUDGE

                                        Dated: _____, 2017

2