| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------X<br>SHELTON C. JONES,<br><br>         Plaintiff,<br><br>  -against-<br><br>CITY OF NEW YORK, et al.,<br><br>         Defendants.<br>------------------------------------------------------------X | USDC SDNY<br>DOCUMENT ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: 2-8-17<br><br>13 Civ. 929 (ALC)(DCF)<br><br>**ORDER OF DISCONTINUNACE** |

ANDREW L. CARTER, JR., District Judge:

  It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

SO ORDERED.

Dated:   New York, New York
      February 8, 2017

                  _____
                  ANDREW L. CARTER, JR.
                  **United States District Judge**